JOHN PETROSKI v. IRA A. FEINBERG.

June 10, 1981.

Petition for certification denied.

BOROUGH OF ROSELAND v. JOANNE E. FINLEY.

June 10, 1981.

Petition for certification denied.

IN RE THE APPLICATION OF THE ROSELAND AMBULATORY SURGI CENTER FOR A CERTIFICATE OF NEED PURSUANT TO *N.J.S.A.* 26:2H–1 ET SEQ.

June 10, 1981.

Petition for certification. denied.

HARMUTH ENGINEERING COMPANY v. FRANKLIN UNIVERSAL BUILDING CORPORATION.

June 10, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 380)